A P.m. order requires remaining in the shadeway below all other people above 170 feet from the edge of the south at the corner of 11–9 GMS.
judges: Kozinski, O'scannlain, Thomas, Tallman, Rawlinson, Clifton, Bea, Nguyen, Watford, Hurwitz, Owens